In the Supreme Court of Georgia

Decided: October 16, 2017

S17A1023. ADAMS et al. v. BAXTER REAL ESTATE HOLDINGS, LLC et al.

PER CURIAM.

The judgment of the court below is affirmed without opinion pursuant to Supreme Court Rule 59.

Judgment affirmed without opinion. All the Justices concur.